Patricia A. HILGENBERG, Plaintiff,

v.

Robert NETH, et al., Defendants.

Lloyd FRAYER, Plaintiff,

v.

David LATTURE, et al., Defendants.

Nos. CIV-2-80-181, CIV-2-80-182.

United States District Court,
E. D. Tennessee,
Northeastern Division.

May 18, 1981.

Jerry W. Laughlin and John T. Milburn Rogers, Greeneville, Tenn., for plaintiffs.

David W. Blankenship, Joseph O. Fuller, J. Robert Boatright, Daniel B. Minor, M. Lacy West, Kingsport, Tenn., for defendants.

## MEMORANDA OPINIONS AND ORDERS

NEESE, District Judge.

In each of these actions, the defendant Mr. Arrowood moved for an order requiring the respective plaintiffs to produce for his inspection and copying certain documents claimed to be within the custody or control of such respective plaintiffs. Rule 34, Federal Rules of Civil Procedure, "* * * provides for production upon request, and not by motion. * * *" *Ross v. Longchamps, Inc.*, D.C.Mo. (1971), 336 F.Supp. 434, 437[2]; *see* Form 24, Federal Rules of Civil Procedure, Appendix of Forms. Accordingly, the Court declines to consider this aspect of the respective motions until such time as

the movant has first requested the respective plaintiffs to produce the documents and is refused. *Grissom v. N. L. R. B.*, D.C.La. (1973), 364 F.Supp. 1151, 1154[4], affirmed C.A. 5th (1974), 497 F.2d 43.

To the extent the aforementioned motions seek orders directing certain non-party corporations to produce the desired documents, each such motion hereby is

DENIED. Rule 34, *supra*, cannot be used in such manner. *Fleming v. Gardner*, D.C. Tenn. (1978), 84 F.R.D. 217[1], citing *Hickman v. Taylor* (1947), 329 U.S. 495, 504, 67 S.Ct. 385, 390, 91 L.Ed. 451, 459. Such discovery must be had, if at all, by a subpoena *duces tecum* issued pursuant to the provisions of Rule 45(b), Federal Rules of Civil Procedure. *See In Re Penn Central Commercial Paper Litigation*, D.C.N.Y. (1973), 61 F.R.D. 453, 466.